IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**QASIM BILAL AL-AMIN BIN MCDANIEL**                                    **PETITIONER**

**v.**                                                                          **No. 3:21CV156-SA-JMV**

**DISMAS CHARITIES, ET AL.**                                              **RESPONDENTS**

**ORDER OF DISMISSAL**

The court takes up, *sua sponte*, the dismissal of this cause. On July 13, 2021, the court entered an order requiring the petitioner, within 30 days, to either pay the filing fee in this case or submit a completed request to proceed as a pauper. The court cautioned the petitioner that failure to comply with the order would result in the dismissal of this case without prejudice. Despite this warning, the petitioner has failed to comply with the court's order, and the deadline for compliance passed on August 12, 2021. This case is therefore **DISMISSED** without prejudice for failure to prosecute and for failure to comply with an order of the court under FED. R. CIV. P. 41(b). In light of this ruling, the motions currently pending in this case are **DISMISSED** as moot.

**SO ORDERED**, this, the 16th day of September, 2021.

                                                                /s/ Sharion Aycock
                                                                U. S. DISTRICT JUDGE